USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
        -against-                   :    22-CR-540 (VEC)
:
:    <u>ORDER</u>
JAMES GARLICK,                          :
                      Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on Thursday, December 1, 2022, Defendant James Garlick filed a motion for release from custody (the "Bail Motion"), *see* Dkt. 16; and

      WHEREAS Mr. Garlick also requested a 30-day extension to the December 2, 2022 pre-trial motion deadline;

      IT IS HEREBY ORDERED that the Government must file any response to the Bail Motion not later than **Tuesday, December 6, 2022**.

      IT IS FURTHER ORDERED that a bail hearing is scheduled for **Wednesday, December 7, 2022 at 2:30 P.M.** in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that the deadline for any pre-trial motions is hereby extended from Friday, December 2, 2022 until **Tuesday, January 3, 2023**, the deadline for any responses is extended from Friday, December 16, 2022 until **Tuesday, January 17, 2023**, and the deadline for any replies is extended from Friday, December 23, 2022 until **Tuesday, January 24, 2023.**

      IT IS FURTHER ORDERED that the Court will discuss the trial schedule at the bail hearing on December 7.

**SO ORDERED.**

Date:  **December 2, 2022**
        **New York, NY**

                                                     **VALERIE CAPRONI**
                                                   **United States District Judge**

2