USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 22-CR-540 (VEC)
:
: <u>ORDER</u>
:
JAMES GARLICK, :
                          Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 1, 2022, Defendant James Garlick filed a motion for release from custody (the "Bail Motion"), *see* Dkt. 16;

      WHEREAS Mr. Garlick also requested a 30-day extension to the December 2, 2022 pre-trial motion deadline;

      WHEREAS on December 2, 2022, the Court extended the pre-trial motion deadline until Tuesday, January 3, 2023, *see* Dkt. 17; and

      WHEREAS on December 7, 2022, the parties appeared before the Court for a bail hearing;

      IT IS HEREBY ORDERED that the Bail Motion is DENIED for the reasons stated at the hearing.

      IT IS FURTHER ORDERED that the deadline for any motions in limine is hereby extended from Friday, December 23, 2022 until **Friday, February 3, 2023**, with responses due not later than **Friday, February 17, 2023**; and the deadline for the parties' proposed voir dire questions and requests to charge is extended from Friday, January 13, 2023 until **Friday, February 17, 2023**.

IT IS FURTHER ORDERED that the Final Pre-trial Conference is hereby adjourned from Friday, January 25, 2023 at 2:30 P.M. until **Wednesday, March 1, 2023 at 2:30 P.M.** The trial is hereby adjourned from Monday, January 30, 2023 at 10:00 A.M. until **Monday, March 6, 2023 at 10:00 A.M.**

**SO ORDERED.**

Date:  **December 7, 2022**
       **New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**