USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                      :

   UNITED STATES OF AMERICA         :

                      :

          -against-          :          22-CR-540 (VEC)

                      :

                      :          ORDER

   JAMES GARLICK,             :

               Defendant.   :

                      :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS briefing regarding Defendant's pre-trial motions is scheduled to conclude by

January 24, 2023;

WHEREAS the Government indicated in response to Defendant's motion to suppress that

it is still conducting responsiveness reviews of returns from the warrants at issue in Defendant's

motion, *see* Gov't Mem., Dkt. 27, at 5–6, 8; and

WHEREAS Defendant's trial is scheduled to begin on March 6, 2023;

IT IS HEREBY ORDERED that the parties must appear for a pre-trial conference on

**Thursday, January 26, 2023 at 2:30 P.M.** in Courtroom **443**, Thurgood Marshall U.S.

Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

_____

**Date:  January 23, 2023**              **VALERIE CAPRONI**
      **New York, NY**                 **United States District Judge**