USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                          22-CR-540 (VEC)

                                          ORDER

JAMES GARLICK,

                          Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 26, 2023, the parties appeared for a status conference;

    IT IS HEREBY ORDERED that for the reasons stated at the conference, Defendant must file any supplemental pre-trial motion briefing not later than **Thursday, February 16, 2023**, the Government must respond not later than **Thursday, March 2, 2023**, and Defendant must reply not later than **Thursday, March 9, 2023**.

    IT IS FURTHER ORDERED that the deadline for the parties to submit any motions in limine is hereby extended from Friday, February 3, 2023 until **Friday, March 24, 2023**, with responses due not later than **Friday, April 7, 2023**; and the deadline for the parties' proposed voir dire questions and requests to charge is extended from Friday, February 17, 2023 until **Friday, April 21, 2023**.

    IT IS FURTHER ORDERED that the Final Pre-trial Conference is hereby adjourned from Wednesday, March 1, 2023 at 2:30 P.M. until **Wednesday, May 31, 2023 at 2:30 P.M.** The trial is hereby adjourned from Monday, March 6, 2023 at 10:00 A.M. until **Monday, June 5, 2023 at 10:00 A.M.**

**SO ORDERED.**

**Date:  January 26, 2023**                                            _____
       **New York, NY**                                                    **VALERIE CAPRONI**
                                                                          **United States District Judge**