USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
        -against-                                          :  22-CR-540 (VEC)
                                                                  :
                                                                  :  ORDER
JAMES GARLICK,                                                    :
                                    Defendant.             :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 16, 2023, Defendant filed a supplemental memorandum in support of his motion to suppress, attaching three fully redacted exhibits, *see* Dkt. 39;

      WHEREAS, pursuant to the Undersigned's individual practices in criminal cases, any party wishing to file a submission in redacted form or under seal must request permission to do so, including by emailing to Chambers a copy of the document that the party seeks to redact or to file under seal, *see* Caproni Individual Practices in Criminal Cases § 3; and

      WHEREAS to date, Defendant has neither requested permission to file exhibits in redacted form, nor emailed Chambers a copy of the exhibits that he seeks to redact;

      IT IS HEREBY ORDERED that not later than **Tuesday, February 21, 2023**, Defendant must request permission to file exhibits in redacted form and email Chambers a copy of the exhibits he seeks to redact in compliance with the Undersigned's individual practices in criminal cases.

**SO ORDERED.**

**Date: February 17, 2023**  
**New York, NY**

                                                          **VALERIE CAPRONI**  
                                                           **United States District Judge**