**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 27, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. James Garlick**
              **22 Cr. 540 (VEC)**

Dear Judge Caproni:

    Pursuant to the Court's order dated March 20, 2023 and Rule 49.1 of the Federal Rules of Criminal Procedure, the defense has publicly filed Exhibit C of Mr. Garlick's motion to suppress. Defense Exhibits A and B are currently too large to file on ECF. Accordingly, the defense respectfully requests an extension of time until Tuesday, March 28, 2023 to file the remaining exhibits.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:    Counsel of record

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)
03/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE