**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. James Garlick**
                22 Cr. 540 (VEC)

Dear Judge Caproni:

    We represent James Garlick in the above-captioned matter, which is set to begin trial on Monday, June 5. Today, Mr. Garlick communicated his intent to proceed on this matter pro se. Accordingly, we respectfully request a status conference in the above-captioned matter after 1:00pm on Monday, May 15 or as soon after as is practicable.

    Thank you for your consideration of this request.

                          Respectfully submitted,

                          /s/

                          Marne L. Lenox, Esq.
                          Michael Arthus, Esq.

                          *Counsel for James Garlick*

cc:    Counsel of record

Application GRANTED. The parties must appear for a status conference on **Monday, May 15, 2023 at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

*[Signature: Valerie Caproni]*   05/11/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE