USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :

UNITED STATES OF AMERICA            :

          -against-                      :          22-CR-540 (VEC)

                                  :              <u>ORDER</u>

JAMES GARLICK,                      :
                        Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 15, 2023, the parties appeared before the Court for a status conference regarding Mr. Garlick's communication to Defense counsel that he wishes to proceed in this matter *pro se*; and

WHEREAS Mr. Garlick's responses to the Government's motions *in limine* are currently due on Wednesday, May 17, 2023.

IT IS HEREBY ORDERED that the parties must appear for a further status conference on **Wednesday, May 17, 2023 at 11:30 A.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 1000.

IT IS FURTHER ORDERED that, in light of uncertainty surrounding Mr. Garlick's representation, Mr. Garlick's deadline to respond to the Government's motions in limine is hereby extended *sine die*.

**SO ORDERED.**

**Date: May 15, 2023**
       **New York, NY**
                                                                 **VALERIE CAPRONI**
                                                                 **United States District Judge**