USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   UNITED STATES OF AMERICA

               -against-                        22-CR-540 (VEC)

                                                   ORDER

   JAMES GARLICK,
                            Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 17, 2023, the parties appeared before the Court for a further status conference and *Faretta* hearing (the "Conference"), *see Faretta v. California*, 422 U.S. 806 (1975); *Adams v. United States*, 317 U.S. 269 (1942), regarding Defendant's communication to Defense counsel that he wishes to proceed in this matter *pro se*; and

      WHEREAS Defendant's deadline to respond to the Government's motions in limine was previously adjourned *sine die*, *see* Order, Dkt. 62;

      IT IS HEREBY ORDERED that, for the reasons stated at the Conference, Defendant has knowingly, voluntarily, and unequivocally waived his right to counsel and may proceed in this matter *pro se*, with the Federal Defenders of NY, Inc. as standby counsel.

      IT IS FURTHER ORDERED that Defendant's right to self-representation may be waived if he fails to abide by the Court's rulings during trial or if he fails to adhere to basic rules of courtroom decorum. *See Faretta*, 422 U.S. at 834 n.46; *McKaskle v. Wiggins*, 465 U.S. 168, 173 (1984).

      IT IS FURTHER ORDERED that Defendant's deadline to respond to the Government's motions in limine is **Tuesday, May 23, 2023**. In all other respects, the pretrial schedule previously set, *see* Dkt. 56, remains in full force and effect.

**SO ORDERED.**

**Date: May 17, 2023**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**