USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
UNITED STATES OF AMERICA

        v.

JAMES GARLICK,

        Defendant.
--------------------------------------------------

ORDER

22 Cr. 540 (VEC)

WHEREAS on May 17, 2023, the Court found that the defendant knowingly, voluntarily, and unequivocally waived his right to counsel and would be permitted to proceed in this matter *pro se*, with the Federal Defenders of New York as standby counsel, *see* Dkt. 63;

WHEREAS the Court indicated the need to ensure that the defendant has access to discovery and all Court orders and filings made by the Government while he remains incarcerated at the Metropolitan Detention Center, Brooklyn ("MDC");

IT IS HEREBY ORDERED that:

1. The defendant is to have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, and other electronic devices and is otherwise compatible with MDC security requirements.

2. By May 18, 2023, the Government will provide to the MDC the Laptop, which will be loaded with all the discovery previously produced in this matter.

3. The MDC will endeavor to provide the defendant with daily access to the Laptop so that he may review discovery and prepare for his upcoming trial.

4. Going forward, the Government is directed to provide discovery on hard drives to the MDC, which will provide the hard drives to the defendant within a day of its arrival. The defendant will be permitted to connect the hard drives to the Laptop.

5. The defendant shall execute an agreement setting forth his understanding that (a) he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case; (b) he shall not share the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court; (c) he will not access or attempt to access the internet or any form of wireless communication; (d) he will forfeit his right under this Order to use the Laptop, and he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

6. This Order shall remain in effect until the trial in this matter is completed, and a copy of this Order shall be made available to any unit at MDC where the defendant is housed.

Dated:    New York, New York
         May  18 , 2023

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE