USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA           :
             :
         -against-          :           22-CR-540 (VEC)
             :
             :            <u>ORDER</u>

JAMES GARLICK,             :
                  Defendant.   :
             :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 17, 2023, the Court found that Defendant knowingly, voluntarily, and unequivocally waived his right to counsel and may proceed in this matter *pro se*, with the Federal Defenders of NY, Inc. as standby counsel; *see* Order, Dkt. 63; and

WHEREAS the Court indicated the need to ensure that Defendant has access to discovery and all Court orders and filings made by the Government while he remains incarcerated at the Metropolitan Detention Center, Brooklyn ("MDC");

WHEREAS at the hearing on May 17, 2023, the Government proposed, as a way to expeditiously convey materials to Defendant, that it would send its filings and Court orders to the MDC Legal Department, which would be asked to deliver the same to Defendant; and

WHEREAS using the MDC Legal Department is not a satisfactory solution;

IT IS HEREBY ORDERED that the Government will hand deliver any discovery or filings in this case to MDC each weekday afternoon.  MDC will provide these materials to Defendant no later than **the following day**.  If any materials are delivered on a **Friday**, MDC will ensure that Defendant receives the materials **within two days**.

**SO ORDERED.**

Date: **May 18, 2023**
     **New York, NY**

                                      **VALERIE CAPRONI**
                                  **United States District Judge**