USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                     :
:
         -against-                                   :      22-CR-540 (VEC)
:
:      <u>ORDER</u>
JAMES GARLICK,                                               :
                     Defendant.               :
:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 17, 2023, the Court found that Defendant knowingly, voluntarily, and unequivocally waived his right to counsel and may proceed in this matter *pro se*, with the Federal Defenders of NY, Inc. as standby counsel; *see* Order, Dkt. 63; and

      WHEREAS on May 18, 2023, Defendant's standby counsel asked to be relieved due to an irreparable breakdown in its relationship with Defendant, *see* Dkt. 68;

      IT IS HEREBY ORDERED that the parties must appear for a status conference on **Monday, May 22, 2023 at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

      IT IS FURTHER ORDERED that not later than **Friday, May 19, 2023**, Defendant's standby counsel must notify Defendant of the hearing via email.

**SO ORDERED.**

Date: May 19, 2023
      New York, NY

                                           **VALERIE CAPRONI**
                                           **United States District Judge**