Case 1:22-cr-00540-VEC   Document 69   Filed 05/19/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/19/2023

**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. James Darnell Garlick**
                  **22 Cr. 540 (VEC)**

Dear Judge Caproni:

    We write as standby counsel for James Darnell Garlick in the above-captioned case to file a request from Mr. Garlick exactly as conveyed to counsel via CorrLinks.

> I'm asking for an extension on the reply for limine being that there is no access to the law library at this time or notary the earliest is Monday for notary and tomorrow for law library if they call it. Also, I cannot access the law library on this computer for some reason the tab is not highlighted.

    Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                /s/

                                                Marne L. Lenox, Esq.
                                                Michael Arthus, Esq.

                                                *Standby counsel for James Darnell Garlick*

cc:    Counsel of record

Application GRANTED. Defendant's deadline to respond to the Government's motions in limine is hereby extended from Tuesday, May 23, 2023 to **Thursday, May 25, 2023**. The Court is unlikely to grant any further extension requests. Defendant is **not required** to notarize documents filed with the Court. Access to a notary is therefore irrelevant.

SO ORDERED.

*[signature: Valerie Caproni]*

05/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE