USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/25/2023

**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 25, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. James Darnell Garlick**
      **22 Cr. 540 (VEC)**

Dear Judge Caproni:

We write as standby counsel for James Darnell Garlick in the above-captioned case to file a request from Mr. Garlick exactly as conveyed to counsel via CorrLinks.

> I motion this court to hold all hearings in sine die until I receive full discovery and have a chance to review this discovery. I will be better situated to address the court with said materials.
>
> Thank you.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Michael Arthus, Esq.

*Standby counsel for James Darnell Garlick*

cc:   Counsel of record

Application DENIED. As set forth in the Government's May 24, 2023 letter at Dkt. 81, Mr. Garlick has had access to a discovery laptop since May 19, 2023. To the extent Mr. Garlick has any difficulties accessing discovery materials, he can raise any issues at tomorrow's hearing.

SO ORDERED.

05/25/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE