USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

              -against-                      22-CR-540 (VEC)

                                              ORDER

    JAMES GARLICK,
                            Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 1, 2023, the Court ordered the parties to file any responses to motions in limine not later than May 17, 2023, and to file their witness and exhibit lists not later than May 22, 2023, *see* Order, Dkt. 56;

    WHEREAS on May 17, 2023, the Court extended Mr. Garlick's deadline to respond to the Government's motions in limine from May 17, 2023 to May 23, 2023, *see* Order, Dkt. 63;

    WHEREAS on May 19, 2023, the Court once again extended Mr. Garlick's deadline to respond to the Government's motions in limine from May 23, 2023 until May 25, 2023, *see* Order, 71;

    WHEREAS on May 23, 2023, the Court once again extended Mr. Garlick's deadline to respond to the Government's motions in limine from May 25, 2023 until May 26, 2023 at 10:45 A.M., *see* Order, Dkt. 75;

    WHEREAS on May 26, 2023, the Government filed supplemental motions in limine, *see* Supplemental Mots., Dkt. 88; and

    WHEREAS to date, Mr. Garlick has not filed responses to the Government's original motions in limine, nor disclosed any witnesses or exhibits;

IT IS HEREBY ORDERED that the Court will consider any written response from Mr. Garlick to the Government's motions in limine and supplemental motions in limine if the Court receives them by **Tuesday, May 30, 2023**. If the Court receives no written response to the motions in limine, Mr. Garlick may provide oral objections at the Final Pre-Trial Conference on May 31, 2023 at 10:30 A.M.

IT IS FURTHER ORDERED that Mr. Garlick must also be prepared to disclose the name and expertise of any expert witnesses he plans to call, as well as provide a summary of their expected testimony, and must disclose an exhibit list of any exhibits he may introduce on May 31, 2023, at the Final Pre-Trial Conference. If Mr. Garlick fails to do so, the Court will consider precluding him from introducing exhibits or expert testimony at trial.

**SO ORDERED.**

Date: **May 26, 2023**
New York, NY

**VALERIE CAPRONI**
**United States District Judge**

2