USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
       -against- : 22-CR-540 (VEC)
:
: <u>ORDER</u>
:
JAMES GARLICK, :
                       Defendant. :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a final pre-trial conference on May 31, 2023 at 10:30 A.M. (the "Conference");

      WHEREAS at the Conference, Mr. Garlick requested an evidentiary hearing regarding the extent to which he was provided access to the Government's discovery at the Metropolitan Detention Center ("MDC"); and

      WHEREAS at the Conference, Mr. Garlick renewed his request to be released on bail;

      IT IS HEREBY ORDERED that for the reasons stated at the Conference, Mr. Garlick's request for an evidentiary hearing is GRANTED. The parties must appear for an evidentiary hearing on **Thursday, June 1, 2023 at 1:00 P.M.** in Courtroom **443**, of the Courthouse at 40 Foley Square, New York, NY 10007.

      IT IS FURTHER ORDERED that for the reasons stated at the Conference, Mr. Garlick's renewed motion to be released on bail is DENIED.

      IT IS FURTHER ORDERED that for the reasons stated at the Conference, Mr. Garlick must restore his CorrLinks communications with standby counsel not later than **Thursday, June 1, 2023**.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, Mr. Garlick must provide the names of any witnesses or experts he plans to call at trial and identify any exhibits he plans to use at trial in a submission to the Court not later than **Friday, June 2, 2023** or orally during the **June 1, 2023 proceeding** before the Court.

IT IS FURTHER ORDERED that Mr. Garlick must be prepared to indicate whether he agrees to stipulate to his relationships to "Deo DA Don" and Cheri Valdez, and whether he objects to the admissibility of any specific messages with these individuals, at the **June 1, 2023** evidentiary hearing.

**SO ORDERED.**

Date:  May 31, 2023
       New York, NY

_____
VALERIE CAPRONI
United States District Judge