USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA             :
:
        -against-             :    22-CR-540 (VEC)
:
:    <u>ORDER</u>
:
JAMES GARLICK,                       :
                      Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      Upon the oral application of the Defendant, JAMES GARLICK, it is hereby:

      **ORDERED** that the Bureau of Prisons, Metropolitan Detention Center (the "MDC"), accept the following clothing, and any additional substitute clothing items, for James Garlick, Register Number 91473-054, in advance of his trial scheduled to begin on **Monday, June 5, 2023**, and to continue for approximately one week.

1. Two pairs of pants

2. Two dress/button-down shirts

3. Two undershirts

4. Two suit/sport jackets

5. Two ties

6. One pair of dress shoes

7. Two pairs of socks

8. One belt

      **ORDERED** that the MDC permit Mr. Garlick to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Garlick to Court wearing such clothing on **June 5, 2023**, and any date thereafter until his trial is concluded.

**SO ORDERED.**

Date: May 31, 2023
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**