```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :        22-CR-540 (VEC)
         -against-                       :
                                         :
JAMES GARLICK,                           :        ORDER
                                         :
                        Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 3, 2023, the Government filed a letter motion to preclude the cross-examination of Detective Manuel Alonzo, who is slated to testify at Mr. Garlick's upcoming trial, see Letter Motion, Dkt. 104; and

WHEREAS on June 4, 2023, Mr. Garlick's standby counsel submitted a letter stating that the Government's motion refers to *Brady* and *Giglio* material that was not disclosed to standby counsel prior to the Government's motion, that the Government has not responded to counsel's request for the material, and requesting that the Court order the Government to disclose all exculpatory and impeachment materials for testifying witnesses, see Letter Motion, Dkt. 105;

IT IS HEREBY ORDERED that the Government must respond to standby counsel's motion not later than **Sunday, June 4, 2023 at 6:30 P.M.**

**SO ORDERED.**

Date: June 4, 2023
      New York, New York

                                          _____
                                          VALERIE CAPRONI
                                          United States District Judge

1