USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-against-

JAMES GARLICK,

Defendant.

------------------------------------------------------------- X

22-CR-540 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 9, 2023, the Government filed a letter motion requesting a corrective jury instruction as to the definition of "firearm" under 18 U.S.C. § 921(a)(3);

IT IS HEREBY ORDERED that the parties must be prepared to discuss the request on **Monday, June 12, 2023 at 9:15 A.M.** in Courtroom **318**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  June 10, 2023**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**