USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

       -against-

JAMES GARLICK,

                     Defendant.
------------------------------------------------------------ X

22-CR-540 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 12, 2023, the Court declared a mistrial in this case;

    IT IS HEREBY ORDERED that not later than **Friday, June 16, 2023**, the parties must meet and confer and submit a joint letter to the Court identifying three possible start dates for a renewed trial before Monday, August 14, 2023.

    IT IS FURTHER ORDERED that not later than **Friday, June 23, 2023**, standby counsel for Mr. Garlick must submit a letter to the Court stating whether Mr. Garlick intends to continue to represent himself in this matter or whether he would like standby counsel to represent him.

**SO ORDERED.**

Date: June 12, 2023
       New York, New York

                                            **VALERIE CAPRONI**
                                        **United States District Judge**