USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

JAMES GARLICK,

                          Defendant.
------------------------------------------------------------- X

22-CR-540 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 12, 2023, the Court declared a mistrial in this case;

IT IS HEREBY ORDERED that a new trial is scheduled for **Monday, July 24, 2023 at 10:00 A.M.** in Courtroom **318** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The parties must appear for a Final Pre-Trial Conference on **Thursday, July 20, 2023 at 10:00 A.M.** in Courtroom **318**.

IT IS FURTHER ORDERED that any supplemental motions in limine, requests to charge, exhibit lists, or witness lists must be filed not later than **Friday, July 7, 2023**. Responses to any motions in limine are due not later than **Monday, July 17, 2023**.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Garlick.

IT IS FURTHER ORDERED that the Government must continue to deliver filings to Mr. Garlick via courier, and the Federal Defenders must continue to communicate the substance of all orders to Mr. Garlick via email, unless and until Mr. Garlick opts to being represented by the Federal Defenders. *See* Orders, Dkts. 67, 98.

1

**SO ORDERED.**

_____
**Date: June 20, 2023**            **VALERIE CAPRONI**
   **New York, New York**            **United States District Judge**