USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-

JAMES GARLICK,

                   Defendant.
------------------------------------------------------------ X

22-CR-540 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 12, 2023, the Court ordered standby counsel for Mr. Garlick to submit a letter to the Court not later than June 23, 2023, stating whether Mr. Garlick intends to continue to represent himself in this matter or whether he would like standby counsel to represent him; *see* Order, Dkt. 116;

WHEREAS on June 20, 2023, the Court ordered standby counsel to continue to communicate the substance of all orders to Mr. Garlick via CorrLinks; *see* Order, Dkt. 127; and

WHEREAS on June 23, 2023, standby counsel submitted a letter stating that Mr. Garlick intends to continue to represent himself in this matter and that Mr. Garlick has removed standby counsel from his approved CorrLinks contact list, *see* Letter, Dkt. 130;

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Wednesday, June 28, 2023 at 3:30 P.M.** in Courtroom **443** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garlick and to note the mailing on the docket.

**SO ORDERED.**

Date: June 23, 2023
New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**