USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

        -against-

JAMES GARLICK,

                           Defendant.

------------------------------------------------------------ X

22-CR-540 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties are scheduled to appear for a status conference on Wednesday, June 28, 2023 at 3:30 P.M., *see* Order, Dkt. 131; and

WHEREAS Mr. Garlick's standby counsel is not available at that time;

IT IS HEREBY ORDERED that the status conference is adjourned to **Wednesday, June 28, 2023 at 4:00 P.M.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garlick and to note the mailing on the docket.

**SO ORDERED.**

**Date:  June 23, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**