USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
```

UNITED STATES OF AMERICA,         :

                             :                22-CR-540 (VEC)

         -against-                :

                             :

JAMES GARLICK,                  :                ORDER

                             :

                  Defendant.      :

```
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 29, 2023, the Court ordered Mr. Garlick to restore his CorrLinks

communications with standby counsel not later than 5:00 P.M. on Friday, June 30, 2023, *see*

Order, Dkt. 133;

       WHEREAS on July 5, 2023, Mr. Garlick's standby counsel indicated that as of 12:00

P.M. that day, counsel's CorrLinks communications with Mr. Garlick had not been restored, *see*

Letter, Dkt. 134; and

       WHEREAS on July 5, 2023, the parties appeared for a bail hearing (the "Hearing");

       IT IS HEREBY ORDERED that for the reasons stated at the Hearing, Mr. Garlick's bail

motion is DENIED.

       IT IS FURTHER ORDERED that for the reasons stated at the Hearing, by failing to

restore CorrLinks communications with standby counsel in compliance with the Court's June 29,

2023 Order, Mr. Garlick has elected to take the risk that he will forfeit the ability to be heard on

matters because he failed to comply with Court-ordered deadlines that he would have been aware

of had he re-established CorrLinks communications as ordered.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garlick and to note the mailing on the docket.


**SO ORDERED.**

**Date:  July 5, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**