**MEMO ENDORSED**



**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:     <u>United States v. James Darnell Garlick</u>
                22 Cr. 540 (VEC)

Dear Judge Caproni:

    We write as standby counsel for James Darnell Garlick in the above-captioned case pursuant to the Court's July 13, 2023 Order directing Mr. Garlick to indicate whether he would like to receive 3500 and *Giglio* material. Dkt. 147. In response to the Court's Order, Mr. Garlick has expressed that he would like the government to deliver 3500 and *Giglio* material to him directly at the MDC.

    Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        /s/

                                        Marne L. Lenox, Esq.
                                        Michael Arthus, Esq.

                                        *Standby counsel for James Darnell Garlick*

cc:     Counsel of record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/14/2023

The Government is directed to deliver any 3500 and *Giglio* material to Mr. Garlick as set forth in the Court's Order at Docket Entry 67.  If Mr. Garlick refuses to accept these materials, the Court will conclude that he has waived his right to receive them.

In light of Mr. Garlick's decision to communicate with the Court through standby counsel, all deadlines will be **strictly** enforced and the Court will no longer mail orders to him.

SO ORDERED.

*[Signature]*
07/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE