USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                    :

                                             :          22-CR-540 (VEC)

                    -against-                :

                                             :

JAMES GARLICK,                               :          ORDER

                                             :

                              Defendant.     :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 17, 2023, Mr. Garlick waived his right to counsel and proceeded in this matter *pro se*, with his former counsel, the Federal Defenders, Inc. (the "Federal Defenders"), as standby counsel, *see* Order, Dkt. 63;

WHEREAS on May 22, 2023, Mr. Garlick submitted the original copy of his birth certificate to the Court and requested that it be filed on the docket, *see* Birth Certificate, Dkt. 72;

WHEREAS in the morning of July 20, 2023, the parties appeared for a Final Pre-Trial Conference;

WHEREAS at the Final Pre-Trial Conference, Mr. Garlick requested the reappointment of counsel and the Court reappointed the Federal Defenders;

WHEREAS in the afternoon of July 20, 2023, the parties appeared for a change-of-plea hearing;

WHEREAS Mr. Garlick pled guilty to Count One of the Indictment; and

WHEREAS because Mr. Garlick repeatedly declined the Court's offers to return his birth certificate, the Court remains in possession of the document;

IT IS HEREBY ORDERED that Mr. Garlick will be sentenced on **Tuesday, November 7, 2023 at 10:30 A.M.** Pre-sentencing submissions are due no later than **Tuesday, October 24, 2023**. The sentencing will be held in Courtroom **443** of the Thurgood Marshall United States

Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that not later than **Friday, July 28, 2023**, Defense counsel must show cause why the Court should not promptly transfer Mr. Garlick's birth certificate to counsel.

**SO ORDERED.**

**Date:  July 21, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**