USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

        -against-

JAMES GARLICK,

                              Defendant.

------------------------------------------------------------- X

22-CR-540 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 19, 2024, Defendant requested that the Court set a briefing schedule for a plea withdrawal motion, Letter, Dkt. 178;

WHEREAS the Court granted leave for Mr. Garlick to file a motion to withdraw his guilty plea, Order, Dkt. 180, and ordered him to file the motion by no later than 12:00 P.M. on Wednesday, March 27, 2024, Order, Dkt. 183; and

WHEREAS the deadline has passed without Mr. Garlick filing a motion to withdraw his plea;

IT IS HEREBY ORDERED that Mr. Garlick's sentencing will proceed as scheduled on **Tuesday, April 2, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: **March 27, 2024**
       **New York, New York**

                                           **VALERIE CAPRONI**
                                           **United States District Judge**